IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CRAIG RHODES**                                                                        **PLAINTIFF**

**NO. 1:19CV204-JMV**

**ANDREW SAUL**
*Commissioner of Social Security*                                  **DEFENDANT**

**ORDER**

**BEFORE THE COURT** are Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), [20] and the Commissioner's response [21]. For the reasons stated in Plaintiff's motion, and hearing no objection from Defendant, the Court finds Plaintiff's request for attorney fees and expenses is reasonable, and the request for reimbursement for costs is well taken. Accordingly, it is ORDERED that Plaintiff's motion with respect to attorney fees and expenses is granted, and Plaintiff is awarded $5,526.52. It is further ORDERED that Plaintiff is awarded $400.00 as reimbursement for costs. However, consistent with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the EAJA award check should be made payable to Plaintiff for the benefit of his counsel and mailed to counsel pursuant to customary practice.

SO ORDERED this 9th day of November, 2020.

                                                            /s/ Jane M. Virden
                                                            United States Magistrate Judge